**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7111**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY NICHOLAS RHODES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, Senior District Judge.  (7:04-cr-00082-H-4)

Submitted:  June 30, 2021                                        Decided:  July 21, 2021

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Nicholas Rhodes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Nicholas Rhodes appeals the district court's order granting in part his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We review a district court's decision whether to grant a sentence reduction under the First Step Act for an abuse of discretion. *See United States v. Jackson*, 952 F.3d 492, 297 (4th Cir. 2020) (reviewing ruling on First Step Act motion for abuse of discretion but declining to define parameters of such review). We have reviewed the record and find no reversible error. We therefore affirm the district court's order and deny Rhodes' motions to appoint counsel and to file a supplement to his informal brief on appeal. *See* 4th Cir. R. 27(c). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*